**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

RECEIVED +FILED

2012 JUN 18 AM 10: 27

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI-MR

6/19/12
returned

In Re:  ) 
Michael J. Barbay  )   Case No. 06-45922
  )   Chapter: 13
  )
  )   APPLICATION FOR PAYMENT
  )   FROM UNCLAIMED FUNDS
  )
Debtor(s)  )

The undersigned, Latoya M. McDowell, applies to this Court for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 3402.59, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor B-Line, LLC.

Applicant further states that:

1. (Indicate one of the following items:)

   _____ Applicant is the individual creditor named in the order depositing funds in the Court and states that no other application for this claim has been submitted by or at the request of this creditor.

   __\__ Applicant is the duly authorized representative for the business or corporation named as the creditor in the order depositing funds into the Court. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   _____ Applicant is an attorney or a "funds locator" who has been retained by the creditor. Applicant has obtained an original "power of attorney" from the individual creditor or the duly authorized representative for the business or corporation named as the creditor in the order depositing funds into the Court. A Power of Attorney, conforming to the official Bankruptcy Form and an Affidavit of Creditor are attached and made a part of this application.

   _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor in the order depositing funds into the Court. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or

that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the United States Attorney pursuant to 28 U.S.C. Section 2042.

Respectfully submitted this __13th__ day of __June__, 20__12__.

__East Bay Funding, LLC c/o Bline, LLC__   Signature of Applicant __Felipe M. McDowell__
Name of Creditor

SS # __5479__
(last 4 digits)

__Legal Services Coordinator__           __15 South Main St. Ste-700__          Name
and Title of Applicant                    Street Address

__Resurgent Capital Services__
Company Name                              City, State and Zip Code

                                          __Greenville, SC 29603-0587__
                                          Telephone Number

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Missouri

In re:  Michael J. Barbay )  Case No. 06-45922
 )
 )  Chapter: 13
 )
 )
 )
Debtors )

### AFFIDAVIT OF LATOYA MCDOWELL

I, LaToya McDowell, hereby declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a Legal Services Coordinator for Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD, LLC and Ashley Funding Services,LLC and East Bay Funding, LLC.

3. I am authorized to make this Affidavit on behalf of Creditor.

4. I am employed by the Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding, East Bay Funding, LLC.

_____
LaToya McDowell

1

DCL/MAK/06

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

On __6/ /3__, 2012, before me Robin Underwood, personally appeared LaToya McDowell, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

*Robin Underwood*
Notary Public
My Commission Expires: 3/09/2019

2

DCL/MAK/06

FORM B10 (Official Form 10)(4/05)   * ANY ATTACHMENTS MUST BE 8-1/2 X 11"

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT OF MISSOURI DISTRICT OF MO | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| MICHAEL J BARBAY | 0645922 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
**PORTFOLIO ACQUISITIONS, LLC**

Name and address for:
Correspondence:          Payments:
OSI Collection Services, Inc     OSI Collection Services, Inc
Bankruptcy Department       P.O. BOX 947
P.O. Box 105127             Brookfield, WI 53008-0947
Atlanta, GA 30348-5127

Telephone Number:
800-619-3419

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
●●●●●●●●●●●●0566

Check here if this claim: ☐ replaces
                         ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim:**
☐ Goods Sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as described in U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)          (date)

**2. Date debt was incurred:** 7/1/1995

**3. If court judgement, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $3,462.59                                              $3,462.59
                                           (unsecured)   (secured)   (priority)                            (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $3,462.59**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(3).
☐ Contributions to employee benefit plan - U.S.C. §507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. Interim adjustment pursuant to Public Law No. 109-8, enacted 4/20/2005.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 1/16/2007 | /s/ *Kimberle R. Raymond*   Kimberle Raymond  *Bankruptcy Analyst* |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.*

**Bankruptcy Department**
P.O. Box 105127
Atlanta, Georgia 30348-5127
Telephone: 800-619-3419
Fax: 404-675-6536

1/16/2007

**MICHAEL J BARBAY**
**6206 VICTORIA**
**SAINT LOUIS, MO 63139-3128**

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Debtor's Name: | **MICHAEL J BARBAY** |
| Creditor: | **PORTFOLIO ACQUISITIONS, LLC** |
| Account Number: | ▓▓▓▓▓▓▓▓▓▓▓0566 |
| Original Creditor: | **SOUTHWESTERN BELL d/b/a AT&T** |
| Original Account Number: | ▓▓▓▓▓▓▓5125 |
| Write Off Date (Charge Off Date): | 8/17/2005 |
| Principal Balance: | $3,462.59 |
| Balance Due: | $3,462.59 |
| Interest Rate: | 0 % |



| Account Detail | | |
|---|---|---|
| Acct ID: 479015132 | Portfolio ID: 17099 | Account Status: Closed |
| Acct Number: ●D135 | | Collection Status: BKT |

| Account Balance | |
|---|---|
| Principal Balance: 3462.59 | Cost Balance: 0.00 |
| | Total Current Balance: 3462.59 |
| Atty Balance: 0.00 | |

| Collection Effort | | |
|---|---|---|
| Last Letter Date: | Last Call Date: | Last Skip Date: |

| GLB |
|---|
| This account has not been opted out. |

| Cubs Data |
|---|
| No CUBS data exists. |

| Additional Account Data | | |
|---|---|---|
| Last Pmt Date: 6/29/2005 | Current Owner: East Bay Funding, LLC | Last Purchase Date: |
| Last Pmt Amt: | Total NSF and Rev Txns: | Last Purchase Amt: |
| Last NSF Amt: | Purchase Date: 11/8/2011 | Net Pmt Amt: |
| Last NSF Date: | Out of Statute Date: 8/17/2009 | Funding Date: 11/8/2011 |
| Total Pmt Txns: | Date of first Delinq: 2/17/2005 | Funding Source: East Bay |
| Chg Off Date: 8/17/2005 | | Misc Data 1: |
| Chg Off Balance: | Product Source: SOUTHWESTERN BELL D/B/A AT&T | Misc Data 2: 3146475985125 |
| Orig Placement Balance: 3462.59 | Original Merchant: | Misc Data 3: NCO Portfolio Management, Inc. |
| | CCA Proposed Pmt: | Misc Data 4: 6093 |
| Origination Date: 7/1/1995 | CCA Phone: | CCA Accepted Pmt: |
| Sold To SFG By: B-Line, LLC | | |
| CCA Number: | | |
| CCA Start Balance: | | |



**Legal**

Judgment and Law suit information can now be found on the Legal tab.
Updates to the legal data will be handled by Inventory Management.

**Collateral**

No Collateral for Account

## BILL OF SALE NO. 6

Each of the signatories hereto (each a "Seller"), for value received and pursuant to the terms and conditions of the Asset Purchase Agreement ("Agreement") dated September 23, 2011, as amended, among Sellers LSF5 B-Line Investments, LLC, B-Line, LLC, Roundup Funding, LLC, CR Evergreen, LLC, CR Evergreen II, LLC, Get Real Holdings, LLC, Avalon Financial Services, LLC, B-Real, LLC and Sherman Originator III LLC ("Purchaser") and Sherman Financial Group LLC, does hereby sell, assign and convey to Purchaser, its successor and assigns, all right, title and interest of Seller in and to those certain accounts listed in the data file named:

"B-Line Active 13"

"B-Line Medical Active Ch13"

a copy of which are attached hereto, to the extent each Seller is shown to own the applicable account, without recourse and without representation or warranty of any kind, except to the extent provided for within the Agreement. Capitalized terms used but not defined herein have the respective meanings assigned to thereto in the Agreement

EXECUTED this 8th day of November, 2011.

IN WITNESS WHEREOF, the Parties have executed this Bill of Sale as of the date first written above.

LSF5 B-LINE INVESTMENTS, LLC

By: _____
Name: Missy Hubbell
Title: Vice President

B-LINE, LLC

By: _____
Name: Kyle Volluz
Title: Manager

ROUNDUP FUNDING, LLC

By: _____
Name: _____
Title: _____

CR EVERGREEN, LLC

By: _____
Name: _____
Title: _____

CR EVERGREEN II, LLC

By: _____
Name: _____
Title: _____

GET REAL HOLDINGS, LLC

By: _____
Name: Christopher Goodwin
Title: Vice President

[Signatures included on following page]

* Please note the original document may include additional signatory pages not relevant to the claim.

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to East Bay Funding, LLC ("East Bay") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 08, 2011 delivered by LSF5 B-Line Investments, LLC; B-Line, LLC; Roundup Funding, LLC; CR Evergreen, LLC; CR Evergreen II, LLC; Get Real Holdings, LLC; Avalon Financial Services, LLC; B-Real, LLC, By: B-LINE, LLC, its Manager on November 08, 2011 for purchase by SOLLC III on November 08, 2011. The transfer of the Assets included electronically stored business records.

Dated: **November 08, 2011**

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

## Exhibit A

**Receivables File**
**11.08.11**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 209424 | 17099 | N/A |

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

B-Line, LLC, a Washington limited liability company ("Transferor"), has sold and assigned certain claims to Sherman Originator III LLC, a Delaware limited liability company ("Transferee") pursuant to an Asset Purchase Agreement, dated September 23, 2011, as amended from time to time. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 200 Meeting Street, Suite 206, Charleston, S.C. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under that U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee or its agent pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee or Transferee's designated assignee are substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this _____ day of November, 2011.

B-LINE, LLC

By: _____
Name: Kyle Volluz
Title: Manager

STATE OF Texas

COUNTY OF Dallas

On this, the 7th day of November, 2011, the foregoing instrument was acknowledged before me, a notary public, in and for the State of Texas by Kyle Volluz _____, personally known to me, acknowledged that they executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

RACHEL PARISH
MY COMMISSION EXPIRES
April 23, 2012

## Exhibit A

## TERM AGREEMENT

This Term Agreement is dated as of July 24, 2008 by and between NCO Portfolio Management, Inc., Inovision Medclr Portfolio Group, LLC and their subsidiaries (collectively "Seller"), and B-Line, L.L.C. ("Buyer").

Pursuant to the Bankruptcy Receivable Purchase Agreement dated as of August 10th, 2006, between the parties hereto (the "Agreement"), Seller hereby agrees to transfer to Buyer, on the Closing Date, all right, title and interest in the Accounts or receivables arising therefrom described below. With respect to these Accounts, the terms below will have the following meanings:

Accounts: Attached hereto as Schedule 1, and incorporated herein by reference.

| | |
|---|---|
| Closing Date: | July 24, 2008 |
| Number of Accounts: | 18,483 |
| Aggregate Unpaid Balance: | $31,915,429.44 |
| Purchase Price Payment: | $17,364.15 |

With respect to the Accounts described herein, all the representations and warranties set forth in the Agreement are hereby incorporated into this Term Agreement as if made again as of the date hereof. Any terms used herein and not otherwise defined will have the meanings set forth in the Agreement.

**B-Line, LLC**

By: _____
Name: Dhar Sandhu
Title: Vice President

**NCO PORTFOLIO MANAGEMENT, INC., INOVISION MEDCLR PORTFOLIO GROUP, LLC, AND THEIR SUBSIDIARIES**

By: _____
Name: Gail Susan Ball
Title: Vice President